**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jose Ramon VICIOSO, Defendant–
Appellant.**

**No. 02–7103.**

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 8, 2002.

Decided Oct. 22, 2002.

Jose Ramon Vicioso, Appellant Pro Se. James L. Trump, Office Of The United States Attorney, Alexandria, Virginia, for Appellee.

Before NIEMEYER, DIANA GRIBBON MOTZ, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Jose Ramon Vicioso seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and conclude on the reasoning of the district court that Vicioso has not made a substantial showing of the denial of a constitutional right. *See United States v. Vicioso,* Nos. CR–98–132; CA–00–2057–AM (E.D.Va. Mar. 2, 2001). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*